■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAYWOOD HINTON, Appellant, v WARDEN, MANHATTAN DETENTION COMPLEX, Respondent. [25 NYS3d 882]—Appeal from judgment (denominated an order), Supreme Court, New York County (Larry R.C. Stephen, J.), entered on or about March 26, 2014, denying the petition for a writ of habeas corpus and dismissing the proceeding brought pursuant to CPLR article 70, unanimously dismissed, without costs, as moot.

This appeal from the denial of the petition challenging the

legality of petitioner's pretrial detention is moot, since he is currently incarcerated as the result of his conviction and sentencing (*see People ex rel. Macgiollabhui v Schriro*, 123 AD3d 633 [1st Dept 2014]), and no exception to the mootness doctrine applies. Concur—Mazzarelli, J.P., Sweeny, Manzanet-Daniels and Gische, JJ.